Patrick Crowe 15A2565
Sing Sing C F
354 Hunter Street
Ossining, New York 10562

May 6, 2023

Honorable Andrew E. Krause, U.S.M.J.
C/O Pro Se Intake Unit
Southern District of New York
White Plains, New York 10601

Re: Crowe v. Capra
22 Civ. 2274 (PMH) (AEK)

Dear Hon. Krause,

Please see the enclosed motion for Stay and Abeyance in the above captioned matter.

Enclosed is one original copy, and I have also served a copy on the Respondent Attorney General's Office.

See enclosed affidavit of service, thank you.

Respectfully,

Patrick Crowe, Pro Se

CC: File

---

By May 25, 2023, Respondent is to submit a response to Petitioner's motion seeking a stay and for this matter to be held in abeyance.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Petitioner.

Dated: May 11, 2023

SO ORDERED.

ANDREW E. KRAUSE
United States Magistrate Judge