UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

PATRICK CROWE,

                            Petitioner,                        **ORDER**

              -against-                           22 Civ. 2274 (PMH) (AEK)

SUPERINTENDENT MICHAEL CAPRA,

                            Respondent.
---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court has received Respondent's opposition to Petitioner's motion for reconsideration of the Court's November 15, 2023 Decision and Order denying Petitioner's motion to stay these proceedings.  *See* ECF No. 45.  Petitioner may submit a reply in response to Respondent's opposition and in further support of his motion for reconsideration by January 5, 2024.

      The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Petitioner.

Dated:  December 18, 2023
          White Plains, New York

                                                      **SO ORDERED.**

                                                      _____
                                                      ANDREW E. KRAUSE
                                                      United States Magistrate Judge